# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3513

_____

SUSAN ROSENBERG,

Appellant,

v.

CALUSA POINT ASSOCIATION,
INC. & DEP'T OF ECONOMIC
OPPORTUNITY,

Appellees.

_____


On appeal from the Division of Administrative Hearings.
James H. Peterson, III, Administrative Law Judge.

June 25, 2018

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert L. Moore, Miami, for Appellant.

Russell M. Robbins of Basulto Robbins & Associates, LLP, Coral Springs, for Appellee Calusa Point Association, Inc..

Peter L. Penrod, General Counsel, and Ross Marshman and Jon F. Morris, Assistant General Counsel, Tallahassee, for Appellee Department of Economic Opportunity.